UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

GARRETT M. RUSHING

CRIMINAL ACTION

NO. 08-95-JJB-CN

**RULING ON MOTION TO VACATE**

The court has carefully considered the Motion to Vacate (doc. 60), the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated January 27, 2011 (doc. no. 68). Rushing has filed an objection to the report (doc. 70); there is no need for oral argument.

Defendant asserts numerous claims of ineffective assistance of counsel. The report of the magistrate judge contains a very thorough discussion of defendant's arguments. The report correctly sets forth the applicable law and amply shows that defendant's arguments are all lacking in merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to vacate (doc. 60) is hereby DENIED.

Baton Rouge, Louisiana, this 18th day of April, 2011.

JAMES J. BRADY, DISTRICT JUDGE
UNITED STATES DISTRICT JUDGE

1